**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

NICHOLAS MULLINS,  : No. 441 MAL 2018
: 
Petitioner  : 
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
v.  :
:
:
SANDS BETHLEHEM GAMING, LLC  :
D/B/A SANDS CASINO RESORT  :
BETHLEHEM,  :
:
Respondent  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.